UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/21
```

P.W.,

                Plaintiff,

    –v–

New York City Department of Education,

                Defendant.

21-cv-4805 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court on September 13, 2021, stayed this action for 90 days. Dkt. No. 14. That Order therefore adjourned sine die the conference scheduled for September 24, 2021, at 3:15 p.m.

SO ORDERED.

Dated: September 24, 2021
       New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge