UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/21

P.W.,

                Plaintiff,

–v–

New York City Department of Education,

                Defendant.

21-cv-4805 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

        The Court on September 13, 2021, stayed this action for 90 days on the representation that the parties would likely reach a settlement within that time. The parties shall jointly file a status update by January 7, 2022, indicating whether the parties anticipate a settlement and whether the Court may assist the parties.

        If the parties no longer anticipate a settlement, that letter shall further contain a case management plan in accordance with this Court's order dated June 25, 2021, Dkt. No. 8, and indicate whether the parties request an initial pretrial conference.

SO ORDERED.

Dated: December 21, 2021
       New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge